IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01000-WYD-MEH

RICHARD MADDOX, Conservator of the Estate and Affairs of Virginia Maddox,

    Plaintiff,

v.

STEPHEN VENEZIO,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on December 17, 2009**.

    Defendant's unopposed[1] Rule 35 Motion for Physical Examination of Virginia Maddox [filed December 9, 2009; docket #35] is **granted**. The Plaintiff shall appear for a physical examination, including a mental status examination appropriate to her claims for brain and neck injuries, pursuant to Fed. R. Civ. P. 35 on December 28, 2009, at 11:00 a.m. under the agreed-upon terms set forth in the Plaintiff's response to the within motion.

---

[1] *See* docket #41.