IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-01000-WYD-MEH

RICHARD MADDOX, Conservator of the Estate and Affairs of Virginia Maddox,

    Plaintiff,

v.

STEPHEN VENEZIO,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    Defendant's Unopposed Motion to Correct Courtroom Minutes of March 3, 2011 filed March 22, 2011, is **GRANTED**.  The Courtroom minutes are corrected via this Minute Order as follows:  The deadlines of March 11 and March 18, 2011, stated in the minutes refer only to motions regarding Defendant's expert witness Feiereisen.

    Dated:  April 13, 2011