**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CHIEF JUDGE WILEY Y. DANIEL**

| | |
|---|---|
| Courtroom Deputy: Robert R. Keech | Date: October 11, 2011 |
| E.C.R./Reporter: Therese Lindblom | |

Civil Action No: **09-cv-01000-WYD-MEH**       Counsel:

**RICHARD MADDOX**,                          James M. Leventhal
                                             Molly L. Greenblatt
           Plaintiff,                        James E. Puga
                                             Lorraine E. Parker
v.

**STEPHEN VENEZIO**,                         Gary L. Palumbo
                                             Peter M. Spiessbach
           Defendant.

### COURTROOM MINUTES

**TRIAL PREPARATION CONFERENCE**

**3:26 p.m.**    Court in Session

                 APPEARANCES OF COUNSEL.

                 Court's opening remarks.

3:27 p.m.        Discussion regarding counsel who will try the case starting on November 7, 2011.

**ORDERED:**     Parties shall meet, confer, and submit revised jury instructions with a joint statement of the case not later than **Friday, October 21, 2011.**

**ORDERED:**     Parties shall file revised exhibit lists not later than **Friday, October 21, 2011.**

3:34 p.m.        Discussion and argument regarding pending motions.

**ORDERED:**   Plaintiff's Motion to Exclude Defendant's Expert Witness Thomas Feiereisen, P.E. (ECF Doc. #96), filed March 11, 2011, is **DENIED.**

**ORDERED:**   Defendant's Motion in Limine Re: Drug Use (ECF Doc. #102), filed August 16, 2011, is **DENIED AS MOOT.**

**ORDERED:**   Defendant's Motion in Limine Re: Defendant's Departure from Employment (ECF Doc. #103), filed August 16, 2011, is **DEFERRED.**

**ORDERED:**   Defendant's Motion in Limine Re: Accepting Responsibility for the Accident (ECF Doc. #104), filed August 16, 2011, is **DENIED.**

**ORDERED:**   Defendant's Motion in Limine Re: Evidence of Whether Venezio Has Ever Seen a Jaywalker or Has Jaywalked Himself (ECF Doc. #105), filed August 16, 2011, is **DENIED.**

**ORDERED:**   Defendant's Motion in Limine Re: Defendant's Decision Not to Contact Virginia Maddox Following the Accident (ECF Doc. #106), filed August 16, 2011, is **DEFERRED.**

**ORDERED:**   Counsel shall not mention this issue in their opening statements.

**ORDERED:**   Defendant's Motion in Limine Re: Bumper Sticker and License Plate Holder on the Vehicle Driven by Venezio (ECF Doc. #107), filed August 17, 2011, is **GRANTED.**

**ORDERED:**   Defendant's Motion in Limine Re: Defendant's Definition of Careless, Careless Driving, or Dangerous Driving (ECF Doc. #108), filed August 17, 2011, is **DEFERRED.**

**ORDERED:**   Defendant's Motion in Limine Re: Reference to Venezio's Liability Insurer (ECF Doc. #109), filed August 17, 2011, is **GRANTED as outlined by the Court.**

**ORDERED:**   Defendant's Motion in Limine Re: Evidence Concerning Dr. Quintero's IME Policies (ECF Doc. #110), filed August 18, 2011, is **DENIED AS MOOT.**

**ORDERED:**   Defendant's Motion in Limine Re: Dr. Quintero's Opinions in Other Cases (ECF Doc. #111), filed August 18, 2011, is **DENIED.**

4:02 p.m.   Court outlines jury selection process and peremptory challenges.

4:04 p.m.   Discussion regarding time limits for opening statements.

**ORDERED:**   Opening statements shall not exceed **thirty-five (35) minutes per side.**

| | |
|---|---|
| 4:05 p.m. | Discussion and argument regarding issue related to plaintiff's witness Dr. Mohit Negi. |
| **ORDERED:** | Court will allow Dr. Mohit Negi to testify at trial and Plaintiff shall make him available for a deposition prior to trial. |
| 4:23 p.m. | Discussion regarding a possible motion for reconsideration on the motion for summary judgment as it relates to jaywalking. |
| 4:29 p.m. | Discussion regarding designation of deposition testimony. |
| **4:30 p.m.** | Court in Recess - HEARING CONCLUDED |

**TOTAL TIME:   1:04**