IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-01000-WYD-MEH

RICHARD MADDOX, Conservator of the Estate and Affairs of Virginia Maddox,

    Plaintiff,

v.

STEPHEN VENEZIO,

    Defendant.

---

## MINUTE ORDER

---

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    Plaintiff's Motion to Withdraw and Amend Stipulated Statement of the Case filed November 2, 2011 (ECF No. 161) is **STRICKEN** with leave to refile in compliance with D.C.COLO.LCivR 7.1A.

    Dated:  November 3, 2011