**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CHIEF JUDGE WILEY Y. DANIEL**

| | |
|---|---|
| Courtroom Deputy:   Robert R. Keech | Date:   November 7, 2011 |
| E.C.R./Reporter:   Therese Lindblom | |

Civil Action No: **09-cv-01000-WYD-MEH**          Counsel:

**RICHARD MADDOX**,                                             James M. Leventhal
                                                                              Molly L. Greenblatt
          Plaintiff,                                                     Erin C. Genullis

v.

**STEPHEN VENEZIO**,                                           Gary L. Palumbo

          Defendant.

**COURTROOM MINUTES**

**JURY TRIAL (DAY 1)**

**9:04 a.m.**      Court in Session - Jury not present

                        APPEARANCES OF COUNSEL.

                        Court's opening remarks regarding revised jury instructions and joint statement of the case not being timely filed.

9:06 a.m.         Discussion regarding jury instructions and joint statement of the case.

                        Plaintiff's Motion for Reconsideration of Court's Ruling that Plaintiff is Prohibited from Calling Three Witnesses at Trial (ECF Doc. #147), filed October 18, 2011, is raised for argument.

9:12 a.m.         Argument by Defendant (Mr. Palumbo).

9:14 a.m.         Argument by Plaintiff (Ms. Greenblatt).

**ORDERED:** Plaintiff's Motion for Reconsideration of Court's Ruling that Plaintiff is Prohibited from Calling Three Witnesses at Trial (ECF Doc. #147), filed October 18, 2011, is **GRANTED.**

9:22 a.m.     Discussion regarding voir dire and attorney conducted supplemental voir dire.

**9:33 a.m.**     Court in Recess

**9:50 a.m.**     Court in Session - Jury present

Court's opening remarks to prospective jurors.

9:51 a.m.     Voir dire oath given.

10:00 a.m.    Voir dire by Court commences.

**11:24 a.m.**    Court in Recess

**11:38 a.m.**    Court in Session - Jury present

Voir dire by Court continues.

**12:01 p.m.**    Court in Recess

**1:41 p.m.**     Court in Session - Jury present

Voir dire by Court continues.

1:58 p.m.     Voir dire by Plaintiff (Mr. Leventhal).

2:14 p.m.     Voir dire by Defendant (Mr. Palumbo).

Plaintiff's challenges for cause as to jurors 100202525, 100200959, 100, 100 (Mr. Leventhal).

2:36 p.m.     Argument by counsel.

**ORDERED:** Plaintiff's challenges for cause as to jurors 100202525, 100200959, 100211300, 100231243 is **GRANTED IN PART and DENIED IN PART.** The challenge for cause is **GRANTED** as to juror 100200959 and **DENIED** as to challenges for cause as to jurors 100202525, 100211300, and 100231243.

2:48 p.m.     Voir dire by Court continues.

2:51 p.m.       Voir dire by Plaintiff (Mr. Leventhal).

2:52 p.m.       Voir dire by Defendant (Mr. Palumbo).

                Plaintiff's challenge for cause as to juror 100203599 (Mr. Leventhal).

2:54 p.m.       Argument by counsel.

**ORDERED:**   Plaintiff's challenge for cause as to juror 100203599 is **GRANTED.**

2:57 p.m.       Voir dire by Court continues.

Challenges for Cause:

 1)   100236186
 2)   100206290
 3)   100200959
 4)   100203599

Peremptory challenges by Plaintiff:

 1)   100211300
 2)   100231243
 3)   100229413

Peremptory challenges by Defendant:

 1)   100204966
 2)   100204782
 3)   100237572

3:10 p.m.       Jury sworn to try:

 1)   100209816    2)   100202525
 3)   100234138    4)   100229680
 5)   100212362    6)   100208039
 7)   100223995    8)   100231142
 9)   100208785   10)   100205978

3:11 p.m.       Court reads preliminary jury instructions.

3:23 p.m.       Jury excused

                Discussion regarding exhibits to be referenced in opening statements.

| | |
|---|---|
| **3:33 p.m.** | Court in Recess |
| **3:51 p.m.** | Court in Session - Jury enters |
| 3:53 p.m. | Opening statement by Plaintiff (Mr. Leventhal). |
| 4:19 p.m. | Opening statement by Defendant (Mr. Palumbo). |

**Exhibit(s) D, E, F, P RECEIVED.**

4:44 p.m.    Plaintiff's witness **Arden Jackson** sworn.

   Direct examination by Plaintiff (Mr. Leventhal).
   ***EX ID:          1***

4:48 p.m.    Bench conference regarding objection to Plaintiff's exhibit 1 - **DEFERRED.**

4:51 p.m.    Direct examination by Plaintiff (Mr. Leventhal).
   ***EX ID:          4, 6***

**Exhibit(s) 6 (6-0014 and 6-0004 only) RECEIVED.**

5:06 p.m.    Jury excused for the evening.

   Discussion regarding objection to Plaintiff's exhibit 1.

**5:07 p.m.**    Court in Recess - TRIAL CONTINUED.

**TOTAL TIME:   5:34**